AO 245E    (Rev. 9/00) Judgment in a Criminal Case for Organizational Defendants
            Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

07 OCT 18  AM 10: 54

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Organizational Defendants) |
| LABORATORIOS BROVEL SA DE CV (1) | CASE NUMBER: 05CR1630-L |
| | CHARLES L. KREINDLER |
| | Defendant Organization's Attorney |

**THE DEFENDANT ORGANIZATION:**

☒ pleaded guilty to count(s)   ONE (1) AND TWO (2) OF THE SUPERSEDING INFORMATION

☐ was found guilty on count(s)
   after a plea of not guilty.
   Accordingly, the defendant organization is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 21 USC 846, 841(a)(1) | CONSPIRACY TO DISTRIBUTE ANABOLIC STEROIDS | 1S |
| 31 USC 5324 (c) AND 18 USC 2 | INTERNATIONAL MONETARY INSTRUMENT TRANSACTIONS | 2S |

     The defendant organization is sentenced as provided in pages 2 through ___3___ of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant organization has been found not guilty on count(s) _____

☒ Count(s) UNDERLYING    ☐ is ☒ are dismissed on the motion of the United States.

☒ Assessment : $ 800

☒ No fine

     IT IS ORDERED that the defendant organization shall notify the United States Attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization shall notify the court and United States Attorney of any material change in the organization's economic circumstances.

OCTOBER 12, 2007
Date of Imposition of Sentence

HON. M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE

Entered Date:

05CR1630-L

AO 245E     (Rev. 9/00) Judgment in a Criminal Case for Organizational Defendants
            Sheet 2 — Probation

Judgment—Page 2 of 3

DEFENDANT ORGANIZATION: LABORATORIOS BROVEL SA DE CV (1)
CASE NUMBER: 05CR1630-L

## PROBATION

The defendant organization is hereby sentenced to probation for a term of:
NO PROBATION.

## MANDATORY CONDITION

[x] The defendant organization shall not commit another federal, state or local crime.

[ ] If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant organization pay any such fine or restitution.

[x] The defendant organization shall comply with the standard conditions that have been adopted by this court (set forth below).

### STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees;

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

05CR1630-L

AO 245S     Judgment in Criminal Case
               Sheet 3 — Criminal Monetary Penalties

Judgment — Page 3 of 3

DEFENDANT: LABORATORIOS BROVEL SA DE CV
CASE NUMBER: 05CR1630-L

## FORFEITURE

The defendant shall pay forfeiture in the amount of    $200,000.00    unto the United States of America.

    This sum shall be paid   ___ immediately.
                                  x    as follows:

PROPERTY FORFEITED PURSUANT TO ORDER FILED OCTOBER 12, 2007, INCLUDED HEREIN.